IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALICHA WHITEHEAD, | * |
| Plaintiff, | * |
| v. | Case No.7:21-CV-67(WLS) |
| | * |
| WINN-DIXIE STORES, INC., | * |
| Defendant. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 9, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 9th day of May, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk